THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY SMOTHERS, Appellant. (Appeal No. 2.) [836 NYS2d 482]— Appeal from a resentence of the Erie County Court (Timothy J. Drury, J.), rendered January 20, 2005. Defendant was resentenced upon her conviction of criminal possession of a weapon in the third degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.